PRO SE CIVIL RIGHTS COMPLAINT
*(ADA / Rehabilitation Act / Due Process / FERPA)*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Jesse Velez,
Plaintiff,
v.
STETSON UNIVERSITY, INC..
Defendant.

Case No.: _____
*(Leave blank – clerk assigns)*

COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

Plaintiff. proceeding pro se, states as follows:

---

I. JURISDICTION AND VENUE

This action arises under the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.), the Rehabilitation Act of 1973 (29 U.S.C. § 794), FERPA (20 U.S.C. § 1232g), and the Fourteenth Amendment Due Process Clause.
1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.
2. Venue is proper in this District because Defendant Stetson University is located in DeLand, Florida, within this District.

---

II. PARTIES

Plaintiff is a 70-year-old student residing in Florida who enrolled at Stetson University and completed all required coursework for his degree.
1. Plaintiff is disabled, living with HIV, a condition disclosed to the university and protected under federal law.
2. Defendant Stetson University, Inc. is a private university receiving federal financial assistance and is subject to federal civil rights statutes.

---

## III. FACTUAL ALLEGATIONS

1. Plaintiff enrolled at Stetson University and completed all required academic coursework for his degree.
2. During the COVID-19 pandemic, Plaintiff worked cooperatively with the University regarding accommodations related to his disability.
3. Plaintiff fully disclosed his medical condition and complied with all academic requirements.
4. In or about 2024, Plaintiff was dismissed from the University without notice, hearing, explanation, or written determination.
5. Plaintiff learned of this dismissal second-hand through prior academic institutions.
6. Plaintiff repeatedly requested:
   - His academic records and transcripts, and
   - Issuance of his earned diploma, or at minimum, a written explanation.

Defendant has delayed and refused to provide records, issue a diploma, or give a written decision.
7. Plaintiff sought resolution without litigation, stating he only wanted his diploma and records.
8. Plaintiff eventually had a Zoom meeting with the University President, who stated departments make independent decisions and offered no remedy.
9. Plaintiff filed a complaint with the U.S. Department of Education Office for Civil Rights (OCR), which remains pending with no action.
10. Defendant continues to stall, withhold records, and deny procedural protections.
11. Plaintiff believes he was dismissed due to disability (HIV), age, race, religion and sexual orientation, all protected statuses.

---

## IV. CLAIMS FOR RELIEF

COUNT I – Disability Discrimination
*(ADA & Rehabilitation Act)*
1. Plaintiff incorporates paragraphs 1–18.
2. Plaintiff is a qualified individual with a disability.
3. Defendant excluded Plaintiff from educational benefits solely due to his disability.
4. Defendant failed to provide reasonable accommodations and engaged in discriminatory dismissal.

COUNT II – Denial of Due Process
Plaintiff was dismissed without notice, hearing, or written explanation.
1. Defendant deprived Plaintiff of protected educational interests without due process of law.

COUNT III – FERPA Violations
Defendant unlawfully withheld Plaintiff's education records, in violation of FERPA.
1. Plaintiff is entitled to immediate access to his records.

---

V. REQUEST FOR RELIEF

Plaintiff respectfully asks the Court to:
A. Order Defendant to produce all academic records and transcripts immediately;
B. Order Defendant to issue Plaintiff's earned diploma or full reimbursement of tuition paid
C. Declare Defendant's actions unlawful under federal law;
D. Grant any further injunctive or equitable relief the Court deems proper.

---

VI. JURY DEMAND
Plaintiff does not request a jury trial at this time, but request the right to do so pending defendants response or outcome resolution to compliant filed.

---

VII. SIGNATURE
Respectfully submitted,

Jesse Veiez
12608 Castlemain Trl
Orlando FL 32828
415-412-5990
jvelez@rollins.edu
Pro Se

Date: 1-23-26